# United States District Court
## Southern District of Georgia



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 31 P 3: 45

CLERK _____
_____ DIST. OF GA.

| | | |
|---|---|---|
| Joshua Krupa, et al. | Case No. | CV 205-156 |
| Plaintiff | | |
| v. | Appearing on behalf of | |
| Countrywide Home Loans, Inc. | Defendant | |
| Defendant | (Plaintiff/Defendant) | |

ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 31st day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Thomas M. Hefferon

**Business Address:** Goodwin Procter LLP
Firm/Business Name

901 New York Avenue, N.W.
Street Address

Washington   DC   20001
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2           City, State, Zip
202-346-4000             N/A
Telephone Number (w/ area code)   Georgia Bar Number