UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOEL E. PRICE, JOSHUA KRUPA and CYNTHIA KRUPA, individually and on Behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>LANDSAFE CREDIT, INC. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Civil Action No. 205-156 |

## ORDER

The motion of defendants Landsafe Credit, Inc. and Countrywide Home Loans, Inc. to seal the reply brief in support of defendants' motion for summary judgment having been considered, the motion is hereby GRANTED, and the Clerk of Court is directed to file the reply brief in support of defendants' motion for summary judgment under seal pursuant to Local Rule 79.7.

SO ORDERED, this 7th day of August, 2006.

HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA