AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 22  A 8:59

CLERK _____
SO. DIST. OF GA.

JOEL E. PRICE, JOSHUA KRUPA
AND CYNTHIA KRUPA, individually and
on behalf of all similarly situated individuals

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-156

LANDSAFE CREDIT, INC., AND
COUNTRYWIDE HOME LOANS, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 21, 2006, granting Defendants' Motion for Summary Judgment; judgment is hereby entered granting Defendants Landsafe Credit, Inc., and Countrywide Home Loans, Inc. motion for Summary Judgment and this case stands dismissed.

December 22, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03