IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 17 P 3: 46

CLERK _J. LaVictoire_
SO. DIST. OF GA.

JOEL E. PRICE; JOSHUA KRUPA and )
CYNTHIA KRUPA, individually and on )
behalf of all similarly situated individuals, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. CV205-156
)
LANDSAFE, INC., and )
COUNTRYWIDE HOME )
LOANS, INC., )
)
Defendants. )

## ORDER

The above styled proceeding having been appealed to the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the sealed record in this proceeding be transmitted to the Clerk, Eleventh Circuit, United States Court of Appeals.

**SO ORDERED**, this 17th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)